UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE GARCIA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, et al.,<br><br>　　　　　Defendant. | Case No: C 09-4865 SBA<br><br>**ORDER DISMISSING CASE** |

　　　Pursuant to a stipulation by the parties during the telephonic case management conference held on January 27, 2010,

　　　IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED without prejudice. The parties stipulate that plaintiff may move to reopen this case on or before July 27, 2010. The Clerk of the Court is directed to CLOSE the case file.

　　　IT IS SO ORDERED.

Dated: 1/27/10

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge